# EXHIBIT B

2:14-cv-12688-RHC-RSW   Doc # 1-2   Filed 07/09/14   Pg 1 of 4   Pg ID 34



# RODALE, INC. MAGAZINES ENHANCED MASTERFILE Mailing List

Rodale, Inc. is the leading publisher of magazines which provide actionable, authoritative and engaging health and wellness content. This magazine's Masterfile has been built from each of their active titles which include Bicycling, Men's Health, Organic Gardening, Prevention, Runner's World, and Women's Health Magazine. Whether they are looking to eat smarter, run faster, live greener, or feel better, these readers look to Rodale to help improve their lives.

Get Count | Get Pricing | Get More Information

| SEGMENTS | | COUNTS THROUGH 01/10/2014 |
|---|---|---|
| 4,037,432 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 4,037,432 | ACTIVE U.S. SUBSRIBERS | $105.00/M |
| 292,123 | DEC'13 SUBSCRIBERS | + $17.00/M |
| 912,314 | 3M SUBS | + $12.00/M |
| 1,854,129 | 6M SUBS | + $6.00/M |
| 133,440 | 3M COAS | + $16.00/M |
| 848,208 | 3M PAID SUBS | + $22.00/M |
| 421,573 | 3M DTP SUBS | + $23.00/M |
| 582,308 | 3M RENEWALS | + $28.00/M |
| 1,068,634 | 6M EXPIRES | $50.00/M |
| 1,892,767 | 12M EXPIRES | $50.00/M |
| 145,102 | ACTIVE CANADIAN SUBS | $115.00/M |
| 44,908 | 12M CANADIAN EXPIRES | $60.00/M |
| | FUNDRAISER RATE | $75.00/M |
| | NON-AFFINITY CATALOG RATE | $80.00/M |
| | INSURANCE RATE | $75.00/M |

| POPULARITY: | 99 |
|---|---|
| MARKET: | BUSINESS AND CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 66% FEMALE 32% MALE |
| SPENDING: | $27.00 AVERAGE ORDER |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $17.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 3RD PARTY BLOW IN | $15.00/M |
| 6 MONTH HOTLINE | $6.00/M |
| ADULT AGE | $11.00/M |
| AILMENT | $16.00/M |
| CAT SEL. CAP | $12.00/M |
| COA'S | $16.00/M |
| CONTRIBUTERS/DONORS | $16.00/M |
| DWELLING SIZE/TYPE | $11.00/M |
| ETHINICITY | $16.00/M |
| F/R SEL. CAP | $12.00/M |
| FSA | $9.00/M |
| FSA SET UP | $75.00/F |
| GENDER/SEX | $6.00/M |
| GIFT GIVERS | $16.00/M |
| INCOME SELECT | $11.00/M |
| LIFESTYLE | $16.00/M |
| NEW TO FILE | $16.00/M |
| PAID | $11.00/M |
| PRESENCE OF CHILD | $11.00/M |
| PROVINCE | $9.00/M |
| RELIGION | $16.00/M |
| RENEWALS | $16.00/M |
| SCF | $9.00/M |
| SOURCE | $11.00/M |
| STATE | $9.00/M |
| ZIP | $9.00/M |

## DESCRIPTION

Rodale, Inc. is the leading publisher of magazines which provide actionable, authoritative and engaging health and wellness content.  This magazine's Masterfile has been built from each of their active titles which include Bicycling, Men's Health, Organic Gardening,  Prevention, Runner's World, and  Women's Health Magazine. Whether they are looking to eat smarter, run faster, live greener, or feel better, these readers look to Rodale to help improve their lives.

The Rodale, Inc. database has been enhanced with Equifax, Ethnic Technologies, Experian, Infobase, and Morbank data to offer the strongest information available on the market today. Also included in these enhancements is data from the Rodale, Inc. direct mail survey responders which add another dimension to this overlay.  By combining Rodale's RFM data with these enhancements, Rodale, Inc. gives mailers the opportunity to target their true prospects who already reside within this powerful database.

Enhancements Available:
 Adult Age



```
Household Income
Presence/Gender of Child
Home Owner/Renter

Ethnic (inquire for additional selects):
 African-American
 Hispanic

Religion (inquire for additional selects):
 Catholic
 Jewish
 Protestant

Lifestyle/Interests (inquire for additional selects):
Arts
Theatre / Performing Arts
Collectibles
Coin Collecting
Stamp Collecting
Gourmet Cooking
Low Fat Cooking
Vegetarian Cooking
Wine
Crafts
Sewing
Quilting
Gardening
Vegetable Gardening
House Plants
Bird Watching
Home Improvement (DIY)
Home Decorating
Travel
Foreign Travel
Domestic Travel
Woodworking
Dieting/Weight Loss
Nutrition
Organic Products
Self-Improvement
Tennis
Golf
Bike
Walking
Yoga
Hunting
Fishing
Equestrian
Boating
Reading
Read Bible/Devotional/Religious/Inspirational
Read Science Fiction
Grandchildren / Grandparents
Parenting
Own a Cat
Own a Dog
Plus Size Women's Apparel
Personal Investing
History/Military
```

| | |
|---|---|
| ZIP SET UP | $75.00/F |
| **ADDRESSING** | |
| KEY CODING | |
| EMAIL | $50.00/F |
| FTP | $50.00/F |
| **RELATED LISTS** | |
| FOCUS USA MASTERFILE | |
| CONDE NAST TRAVELER MAGAZINE | |
| HEARST MASTERFILE | |
| TARGETSOURCE U.S. - MASTERFILE | |
| EVANGELICAL & EASTERN RELIGION PRACTITIONERS & INTEREST | |
| OCCUPATION DATABANK | |
| RODALE, INC. BOOK BUYERS ENHANCED MASTERFILE | |
| SCIENCE OF MIND | |
| PROFILE AMERICA POSTAL AND EMAIL MASTERFILE | |
| APPALACHIAN MOUNTAIN CLUB | |

```
  Celebrities

 Ailments (inquire for additional selects):
  Allergies
  Arthritis    Diabetes
  High Cholesterol
  Homeopathic
  Orthopedic

 Charitable Donors (inquire for additional selects):
  Charitable Donors (General)
  Cultural Causes
  Animal Welfare
  Arts & Culture
  Children's Causes
  Health Causes
  International Aid
  Religious Causes
  Veterans Causes
  Environmental/Wildlife
  Political
  Democratic Donors
  Republican Donors


**Selectable by individual title - see separate data cards**

************* Fast Facts *****************
Average Age.............................52
Average Income.....................$84,000
******************************************
```

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #314391 or click here to place your request.
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE

[Get Count]   [Get Pricing]   [Get More Information]

© 2013 NextMark, Inc. | Terms and conditions of Use