# EXHIBIT D



## RODALE, INC. MASTERFILE

| | | |
|---|---|---|
| 5,513,786 | Active US Subs/Book Buyer | $105.00/M |
| 327,956 | Dec'13 Subs/Book Buyers | +$ 17.00/M |
| 1,104,870 | 3M Subs/Book Buyers | +$ 12.00/M |
| 2,288,209 | 6M Subs/Book Buyers | +$ 6.00/M |
| 156,845 | 3M COAs | +$ 16.00/M |
| 1,024,350 | 3M Paid Subs/Book Buyers | +$ 22.00/M |
| 540,646 | 3M DTP Subs/Book Buyers | +$ 23.00/M |
| 582,308 | 3M Renewals Subs | +$ 28.00/M |
| 1,068,634 | 6M Expire Subs | $ 50.00/M |
| 1,892,767 | 12M Expire Subs | $ 50.00/M |
| 199,299 | Active Canadian Sub/Buyer | $115.00/M |
| 44,908 | 12M Canadian Expire Subs | $ 60.00/M |
| | Fundraiser Rate | $ 75.00/M |
| | Non-Affinity Catalog Rate | $ 80.00/M |
| | Insurance Rate | $ 75.00/M |

**LAST UPDATE:** January 10, 2014

**GENDER:** 32% Male/66% Female

**MINIMUM ORDER:** 5,000

**SOURCE:** Direct Mail Sold

**MEDIA:**
E-Mail      @ $50.00/F
FTP         @ $50.00/F

**UNIT OF SALE:** $27.00 Average

**UPDATE FREQUENCY:** Monthly

Through their leadership in direct response marketing, Rodale, Inc. continues to be the authoritative source for trusted content in health, fitness, and wellness. They publish many well-known magazine titles including Prevention Magazine, Women's Health, Men's Health, Organic Gardening, Bicycling, Runner's World, and Running Times. In addition to their widely read titles, Rodale publishes highly acclaimed books and DVD's on health, fitness, cooking, gardening, the environment, and more. Recent bestsellers include 24 Hour Pharmacist, Joey Green Cleaning Magic, and the Ultimate Shortcut Cookie Book.

Specialty Masterfiles have been derived from this database and combine transactional data, Rodale, Inc. survey data and enhanced data.

*************** Fast Facts *****************
Average Age..............................53
Average Income.....................$60,000
*******************************************

Available Specialty Masterfiles (inquire for details):

Cooking Masterfile - includes cook book buyers, culinary, gourmet, low fat, general, vegetarian cooking, wine enhancements, and healthy cooking survey data

Diabetes Masterfile - includes Diabetes book buyers and Diabetes survey data

Families Masterfile - includes parenting book buyers; child parenting, grandparents lifestyle interest, children's video, buy children's products, child indicator lifestyle data

Garden Masterfile - includes Garden Book Buyers, Organic Gardening Magazine, gardening membership, bird watching, flower gardening, vegetable garden survey data, garden interest, garden magazines lifestyle interests

Holistic Masterfile - includes alternative health book buyers, survey responders in the alternative medicine, herbs for healing, relaxation techniques, self-improvement, yoga, organic products categories, and lifestyle elements of vegetarian cooking and natural foods.

**SELECTION:**

| | |
|---|---|
| Monthly H/L | @ $17.00/M |
| 3 Mos H/L | @ $12.00/M |
| 6 Mos H/L | @ $ 6.00/M |
| COA's | @ $16.00/M |
| Renewals | @ $16.00/M |
| New To File | @ $16.00/M |
| Gift Givers | @ $16.00/M |
| Source | @ $11.00/M |
| Paid | @ $11.00/M |
| Adult Age | @ $11.00/M |
| Presence/Child | @ $11.00/M |
| Income | @ $11.00/M |
| Ethinicity | @ $16.00/M |
| Religion | @ $16.00/M |
| Donors | @ $16.00/M |
| Ailment | @ $16.00/M |
| Education | @ $16.00/M |
| Lifestyle | @ $16.00/M |
| Dwell Type | @ $11.00/M |
| Gender | @ $ 6.00/M |
| State | @ $ 9.00/M |
| SCF | @ $ 9.00/M |
| Zip | @ $ 9.00/M |
| Zip Set Up | @ $75.00/F |
| Province | @ $ 9.00/M |
| FSA | @ $ 9.00/M |
| FSA Set Up | @ $75.00/F |

Outdoor Masterfile - includes camping / hiking, fishing, hunting / shooting, water sports lifestyle interests and camping, backpacking, fishing, snowshoeing, hiking survey responders

Pets Masterfile - includes pet book buyers; pet membership; cat, dog, other pet owners lifestyle interest; cat, dog, other pet owner, pet care, buy products for cats or dogs survey data

Seniors Masterfile - includes senior related book buyers; grandparents lifestyle interest; 1st/2nd retired occupation,; age 50+

Sports Masterfile - includes sports & fitness book buyers;  Bicycling and Runners World magazines; Bicycling and Running members; Bicycling, Running and Mountain Bike event participants; bike/mountain bike, running/jogging, scuba, snow/ski participant, tennis lifestyle interests; cycling, mountain biking, backpacking, swimming, scuba dive, running/jogging, bike survey responders; sporting goods retail sub types

Travel Masterfile - includes cruise, RV, family domestic or foreign travel interest; foreign or cruise travel survey data

**Selectable by individual title - see separate datacards

| | |
|---|---|
| Survey | @ $ 6.00/M |
| F/R Sel. Cap | @ $12.00/M |
| Cat Sel. Cap | @ $12.00/M |
| 3rd Party Blow In | @ $15.00/M |

**NET NAME POLICY:**
85% and $10.00/M RunCharge
50,000 Minimum

**SAMPLE MAILING PIECE:**
Submit one mailing piece

**DELIVERY:**
3-5 Business Days

NextMark ID: 314405

**USAGE:**
AAA Southern New England
AARP
Air & Space Magazine
American Inst For Cancer Research
American Master Products
Annie's
Arbor Day Foundation
Arthritis Self Management
Arthritis Today
Blue Cross Blue Shield (TX)
Blue Cross Blue Shield AZ
Blue Cross Blue Shield of MN
Blue Cross Blue Shield of NC
Carol Wright Sales
Doctors Foster & Smith
Frank Cawood & Associates
Good Dog Library
Guideposts Associates, Inc.
Hartford, The
Harvard Heart Letter
Mid-Ohio Food Bank
Mutual Of Omaha
North Shore Animal League
Nutrition Action Healthletter
PETA Foundation
Public Citizen
Rescue Missions
Salvation Army Sierra Del Mar
Saturday Evening Post

**RELATED LGM LISTS:**
FRANK CAWOOD & ASSOCIATES HEALTH BOOK BUYERS
FRANK CAWOOD & ASSOCIATES MASTERFILE
FRANK CAWOOD & ASSOCIATES CONSUMER INFORMATION BK BYRS

LIFTBASE CONSUMER MASTERFILE

**FOR LIST RECOMMENDATIONS, CONTACT:**
 Sheryl Benjamin; sheryl.benjamin@lakegroupmedia.com

**TO PLACE AN ORDER, CONTACT:**
 Nancy Arbuco; nancy.arbuco@lakegroupmedia.com



**Lake Group Media, Inc.**
**1 Byram Brook Place • Armonk, NY 10504 • 914-925-2400**