# EXHIBIT E

# Prevention

## PREVENTION MAGAZINE

| Count | Category | Rate |
|---|---|---|
| 1,790,111 | Active U.S. Subscribers | $105.00/M |
| 107,174 | Dec'13 H/L Subs | +$ 17.00/M |
| 344,658 | 3M H/L Subs | +$ 12.00/M |
| 744,853 | 6M H/L Subs | +$ 6.00/M |
| 53,084 | 3M COAs | +$ 16.00/M |
| 310,366 | 3M Paid Subs | +$ 22.00/M |
| 176,596 | 3M DTP Subs | +$ 23.00/M |
| 224,695 | 3M Renewals | +$ 28.00/M |
| 468,940 | 6M Expires | $ 50.00/M |
| 57,199 | Active Canadian Subs | $115.00/M |
| 17,893 | 12M Canadian Expires | $ 60.00/M |
|  | Fundraising Rate | $ 75.00/M |
|  | Non-Affinity Catalog Rate | $ 80.00/M |
|  | Insurance Rate | $ 75.00/M |

**LAST UPDATE:** January 10, 2014

**GENDER:** 17% Male/81% Female

**MINIMUM ORDER:** 5,000

**SOURCE:** Direct Mail

**MEDIA:**
E-Mail @ $50.00/F
FTP @ $50.00/F

**UNIT OF SALE:**
$27.00 Average
12 Issues Annually

**UPDATE FREQUENCY:** Monthly

For over 60 years Prevention, published by Rodale, Inc., has delivered the kind of authoritative information, breaking news, and energizing lifestyle advice that readers can use today for a happier, healthier, stronger life tomorrow and beyond. As the #1 healthy lifestyle magazine brand in the U.S., Prevention continually helps readers to discover health, beauty, fitness, and nutrition advice that keep them more inspired and more confident than ever.

*************** Fast Facts *****************
Median Age...............................56
Median Household Income.............$59,800
Married................................65%
Homeowners..............................81%
Attended/Graduated College..............64%
A & B Nielson Counties..................60%
******************************************

Additional health related enhancements available through the Rodale masterfile:
 Aerobic/Cardio
 Diet/Weight Loss
 Health/Beauty Merchandise Buyers
 Running/Jogging
 Self-Improvement Interest
 Walking

Inquire for information about the Rodale Health Book Buyers file.

**SELECTION:**

| Selection | Rate |
|---|---|
| Monthly H/L | @ $17.00/M |
| 3 Mos H/L | @ $12.00/M |
| 6 Mos H/L | @ $ 6.00/M |
| COAs | @ $16.00/M |
| Renewals | @ $16.00/M |
| New To File | @ $16.00/M |
| Gift Givers | @ $16.00/M |
| Source | @ $11.00/M |
| Paid | @ $10.00/M |
| Adult Age | @ $11.00/M |
| Presence/Child | @ $11.00/M |
| Income | @ $11.00/M |
| Lifestyle | @ $16.00/M |
| Dwell Type | @ $16.00/M |
| Ethnicity | @ $16.00/M |
| Religion | @ $16.00/M |
| Donors | @ $16.00/M |
| Gender | @ $ 6.00/M |
| Nielsen Cnty | @ $ 9.00/M |
| State | @ $ 9.00/M |
| SCF | @ $ 9.00/M |
| Zip | @ $ 9.00/M |
| Zip Set Up | @ $75.00/F |
| FSA | @ $ 9.00/M |
| FSA Set Up | @ $75.00/F |
| Province | @ $ 9.00/M |
| F/R Sel. Cap | @ $12.00/M |
| Cat Sel. Cap | @ $12.00/M |

**USAGE:**
23andMe.com
AAA Arizona
AAA South
American Cancer Society
American Diabetes Assn
Baltimore Magazine
Boardroom
California State Automobile Assoc
Calvary Hospital
Canadian Cancer Society
Canadian Custom Missions

| | |
|---|---|
| Canadian Living | Survey @ $ 6.00/M |
| Chatelaine | 3rd Party Blow In  @ $15.00/M |
| Children's Miracle Network | |
| City of Hope | **NET NAME POLICY:** |
| Colonial Penn | 85% and $10.00/M RunCharge |
| Consumers Union | 50,000 Minimum |
| Democratic Congressional Campaign | |
| Diabetic Living Magazine | **SAMPLE MAILING PIECE:** |
| Dr. Leonard's Health Products | Submit one mailing piece |
| Elmhurst College | **DELIVERY:** |
| Everyday With Rachael Ray | 3-5 Business Days |
| Frank Cawood & Associates | |
| Good Housekeeping Magazine | NextMark ID: 314384 |

- Good Times
- Harriet Carter Gifts
- Harvard Health Letter
- Harvard Men's Health Watch
- Harvard Women's Health Watch
- Leukemia & Lymphoma Society
- Life Extension Foundation
- Maclean's
- Meals On Wheels CO-OP
- Missions Group
- More Magazine
- Multiple Sclerosis Society
- National Breast Cancer Research
- National Mail Marketing
- Nutrition Action Healthletter
- O, The Oprah Magazine
- Omaha Steaks International
- People Weekly
- Rescue Missions
- Salvation Army
- Self Magazine
- Smile Train
- St. Jude Children's Hospital
- Texas Children Hospital
- Tufts University
- Weight Watchers Magazine
- Woman's Day

**RELATED LGM LISTS:**

[FRANK CAWOOD & ASSOCIATES HEALTH BOOK BUYERS](#)
[PURITY PRODUCTS HEALTH BUYERS](#)
[FRANK CAWOOD & ASSOCIATES ENHANCED MASTERFILE](#)
[PURITY PRODUCTS HEALTH BUYERS - ENHANCED](#)
[HEALTH SCREENING BUYERS](#)
[LIFTBASE CONSUMER MASTERFILE](#)
[HEALTH SCREENING BUYERS - ENHANCED](#)
[FRANK CAWOOD & ASSOCIATES HEALTH & BEAUTY PRODUCT BYRS](#)

**FOR LIST RECOMMENDATIONS, CONTACT:**
Sheryl Benjamin; sheryl.benjamin@lakegroupmedia.com

**TO PLACE AN ORDER, CONTACT:**

Nancy Arbuco; nancy.arbuco@lakegroupmedia.com

