AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-12688

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rodale, Inc. Registered Agent: The Corporation Company

was received by me on *(date)* 07/28/2014

☑ I personally served the summons on the individual at *(place)* 30600 Telegraph Road, Suite 2345 Bingham Farms, MI 48025 on *(date)* 07/29/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 40.00 for travel and $ 0.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 07/29/2014

*Server's signature*

Larry Rancilio, Deputy Sheriff
*Printed name and title*

20390 Harper Ave., Suite 3
Harper Woods, MI 48225

*Server's address*

Additional information regarding attempted service, etc: