IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>RODALE, INC., a Pennsylvania corporation,<br><br>      Defendant. | Case No.: 2:14-cv-12688<br><br>Hon. Victoria A. Roberts<br>Mag. Judge R. Steven Whalen |

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**

 This Joint Stipulation is entered into by and amongst Plaintiff Rose Coulter Owens ("Plaintiff"), and Defendant Rodale, Inc. ("Defendant"), by and through their respective counsel.

 WHEREAS, on July 9, 2014, Plaintiff filed the instant putative class action lawsuit against Defendant (Dkt. 1);

 WHEREAS, on August 19, 2014, the Parties filed a Joint Stipulation extending the time for Defendant to Answer, Move, or Otherwise Plead to the Complaint (Dkt. 10);

 WHEREAS, on August 21, 2014, this Court granted the Parties' Joint Stipulation extending the time for Defendant to Answer, Move, or Otherwise Plead to the Complaint (Dkt. 11);

WHEREAS, on September 18, 2014, Defendant timely filed its Motion to Dismiss the Complaint (Dkt. 14);

WHEREAS, Plaintiff's response deadline is October 9, 2014, and Defendant's reply deadline is October 23, 2014;

WHEREAS, a hearing on Defendant's Motion to Dismiss has not yet been scheduled;

WHEREAS, Plaintiff's counsel conferred with Defendant's counsel and, in light of the intervening Jewish holiday and other scheduling commitments, the Parties agree, subject to Court approval, to extend the time for Plaintiff to respond to Defendant's pending Motion by seven (7) days, until October 16, 2014, and to extend the time for Defendant to file its reply in support of its pending Motion by seven (7) days, until October 30, 2014;

WHEREAS, this Stipulation is sought in good faith and not brought for purposes of delay, and will not affect any pending deadlines or hearings;

**NOW THEREFORE,** the Parties hereby STIPULATE and AGREE as follows, subject to Court approval:

1.  Plaintiff's deadline to file her Response in opposition to Defendant's Motion to Dismiss shall be October 16, 2014; and

2.  Defendant's deadline to file its Reply in support of its Motion to Dismiss shall be October 30, 2014.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 8, 2014

**Rose Coulter-Owens,** individually and on behalf of all others similarly situated,

By: /s/ Ari J. Scharg
One of Plaintiff's Attorneys

Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
J. Dominick Larry
nlarry@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff Coulter-Owens and the putative class*

Dated: October 8, 2014  **Rodale, Inc.**

By: /s/ Anthony T. Eliseuson
(with permission)
One of Defendant's attorneys

Anthony T. Eliseuson
Natalie J. Spears
Kristen C. Rodriguez
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (fax)
anthony.eliseuson@dentons.com
natalie.spears@dentons.com
kristen.rodriguez@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant Rodale, Inc.*

4