# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>RODALE, INC., a Pennsylvania corporation,<br><br>     Defendant. | Case No. 2:14-cv-12688-VAR-RSW<br><br>Judge: Hon. Victoria A. Roberts |

## **APPEARANCE OF ALICIA E. HWANG ON BEHALF OF PLAINTIFF**

**TO:** Clerk of the Court and Counsel of Record:

  Attorney Alicia E. Hwang of Edelson PC hereby files her Appearance as attorney for Plaintiff Rose Coulter-Owens and the putative class in the above-captioned matter.

Dated:  October 21, 2014         By: /s/ Alicia E. Hwang
                   One of Plaintiff's attorneys

Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
J. Dominick Larry
nlarry@edelson.com
Alicia E. Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

1

Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: 248.596.1111
Fax: 248 496.1578

*Counsel for Plaintiff Rose Coulter-Owens and the putative class*

3

## **CERTIFICATE OF SERVICE**

      I, Alicia E. Hwang, an attorney, certify that on October 21, 2014, I served the above and foregoing ***Appearance of Alicia E. Hwang***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this October 21, 2014.


                                                    /s/ Alicia E. Hwang