UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rose Coulter−Owens,

              Plaintiff(s),

v.                                      Case No. 2:14−cv−12688−RHC−RSW
                                            Hon. Robert H. Cleland

Rodale, Inc.,

              Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Robert H. Cleland as follows:

- STATUS CONFERENCE: March 2, 2015 at 11:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** y

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Wagner
                                                    Case Manager

Dated: February 26, 2015