# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated, | Case No. 2:14-cv-12688 |
| Plaintiff, | Honorable Robert H. Cleland |
| v. | |
| RODALE INC., a Pennsylvania Corporation, | |
| Defendant. | |

## STIPULATION AND ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

This Stipulation is entered into by and among Plaintiff Rose Coulter-Owens and Defendant Rodale Inc., by and through their respective counsel.

WHEREAS, Plaintiff Rose Coulter-Owens filed her Class Action Complaint on July 9, 2014, (Dkt. 1);

WHEREAS, at the time Plaintiff filed her Complaint, she also filed a motion for class certification requesting, among other things, that the Court reserve ruling on the issue of class certification until after the Parties have had a sufficient opportunity to commence and complete discovery related to requirements of Fed. R. Civ. P. 23 for maintaining this action as a class action, (Dkt. 2). Plaintiff filed her motion to protect against an attempt by Defendant to "buy off" her

1

representative claims by making a settlement offer before a motion for class certification was pending before the Court. *See Damasco v. Clearwire Corp.*, 662 F.3d 891, 896 (7th Cir. 2011) ("A simple solution to the buy-off problem . . . is available. . . . Class-action plaintiffs can move to certify the class at the same time that they file their complaint. The pendency of that motion protects a putative class from attempts to buy off the named plaintiffs.").[1]

NOW THEREFORE, the parties stipulate as follows:

1.   Upon execution and filing of this stipulation, the parties request that the Court enter an order denying without prejudice Plaintiff's Motion For Class Certification. (Dkt 1.)

2.   Beginning from the time that the Court enters an order denying without prejudice Plaintiff's Motion For Class Certification, Defendant agrees that in the event Defendant intends to make Plaintiff any individual settlement offer, but before any such offer is made, Defendant will either (i) seek Plaintiff's prior consent or (ii) wait until Plaintiff first files a renewed motion for class certification.

//

//

//

---

[1] The Sixth Circuit has not addressed whether a full settlement offer, made while a class certification motion is not pending, renders a plaintiff's individual and representative claims moot.

**IT IS SO STIPULATED.**

                                                                          Respectfully submitted,

Date: March 25, 2015                ROSE COULTER-OWENS, individually
                                                       and on behalf of all others similarly situated,

                                                       /s/ Benjamin S. Thomassen
                                                       One of Plaintiff's attorneys

                                                       Ari J. Scharg
                                                       ascharg@edelson.com
                                                       Benjamin S. Thomassen
                                                       bthomassen@edelson.com
                                                       EDELSON PC
                                                       350 North LaSalle Street, Suite 1300
                                                       Chicago, Illinois 60654
                                                       Tel: 312.589.6370
                                                       Fax: 312.589.6378

                                                       Henry M. Scharg – P28804
                                                      hmsattyatlaw@aol.com
                                                      LAW OFFICE OF HENRY M. SCHARG
                                                      718 Ford Building
                                                      Detroit, Michigan 48226
                                                      Tel: 248.596.1111
                                                      Fax: 248.671.0335

                                                      *Counsel for Plaintiffs and the putative Class*

Date: March 25, 2015                    RODALE INC.,

/s/ Anthony T. Eliseuson
One of Defendant's attorneys

Natalie J. Spears
Anthony T. Eliseuson
Kristen C. Rodriguez
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (fax)
natalie.spears@dentons.com
anthony.eliseuson@dentons.com
kristen.rodriguez@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
pkupelian@clarkhill.com
cschley@clarkhill.com

**IT IS SO ORDERED**

Dated: March 25, 2015                    s/Robert H. Cleland
                                         Honorable Robert H. Cleland
                                         United States District Judge

4