# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ROSE COULTER-OWENS,

                Plaintiff,

v.

RODALE INC.,

                Defendant.

Case No. 2:14-cv-12688

Honorable Robert H. Cleland

## ORDER CERTIFYING NOTICE TO ATTORNEY GENERAL OF THE STATE OF MICHIGAN PURSUANT TO 28 U.S.C. § 2403(b)

The United States District Court for the Eastern District of Michigan hereby certifies to the Attorney General of the State of Michigan that Defendant Rodale Inc. has raised the constitutionality of a Michigan state statute, the Michigan Video Rental Privacy Act, MCL § 445.1711, *et seq.,* in the case of *Coulter-Owens v. Rodale Inc.*, No. 2:14-cv-12688, in which neither the State of Michigan, nor any agency, officer, or employee thereof is a party. The Clerk of the Court is directed to send a copy of this Order to the Attorney General of the State of Michigan in accordance with 28 U.S.C. § 2403(b).

Dated:    OCT 0 7 2015

                United States District Judge
                Robert H. Cleland