IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROSE COULTER-OWENS, | Case No. 2:14-cv-12688 |
| Plaintiff, | Honorable Robert H. Cleland |
| v. | |
| RODALE, INC., | |
| Defendant. | |

**JOINT AGREED MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Rose Coulter-Owens and Defendant Rodale Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby move the Court to extend the remaining deadlines in the scheduling order by twenty-eight (28) days. In support of this Motion, the Parties state as follows:

1. On October 17, 2015, this Court entered a Scheduling Order, setting the dates through Trial. (Doc. 36.)

2. On November 4, 2015, the Parties participated in a mediation session in Chicago before Retired Chief Judge James Holderman (previously of the Northern District of Illinois) and made significant progress toward the ultimate resolution of this matter.

3. Since then, the Parties have continued to discuss the potential for a class-wide settlement, and have agreed to participate in further settlement discussions with Judge Holderman in the coming weeks.

4.      Accordingly, the Parties request that the Court extend the remaining dates on the current Scheduling Order by twenty-eight days to allow the Parties to fully engage in continued settlement discussions with Judge Holderman, and to conserve resources that would be necessary to spend on experts in the upcoming few weeks under the current schedule, but that otherwise could be used toward potential resolution.  The Parties seek an extension of the Scheduling Order, starting with Plaintiff's deadline for expert disclosures, as outlined below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Deadline for Parties to exchange initial disclosures.** | March 23, 2015- COMPLETED | COMPLETED |
| **Deadline for joinder of additional parties.** | June 29, 2015- COMPLETED | COMPLETED |
| **Deadline for amendment of pleadings.** | June 29, 2015- COMPLETED | COMPLETED |
| **Deadline for All Fact Discovery** | November 13, 2015 | COMPLETED[1] |
| **Deadline for Plaintiffs' expert disclosures relating to class certification.** | November 30, 2015 | December 28, 2015 |
| **Deadline for Defendants' expert disclosures relating to class certification.** | January 11, 2016 | February 8, 2016 |

---

[1] The Parties have completed fact discovery, with the sole exception of one third-party deposition, which, by agreement, will be taken outside of the fact discovery period, but prior to the proposed deadline for Plaintiff's expert disclosures relating to class certification (December 28, 2015).

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Deadline for all class certification expert discovery.** | February 1, 2016 | February 29, 2016 |
| **Deadline for Motion for Class Certification.** | February 29, 2016 | March 28, 2016 |
| **Deadline for Dispositive Motions.** | June 13, 2016 | July 11, 2016 |
| **Rule 26(a)(3)(A) witness and exhibit disclosures due.** | August 15, 2016 | September 12, 2016 |
| **Final Pretrial Order, Proposed Stipulated Jury Instructions, Motions in Limine.** | September 19, 2016 | October 17, 2016 |
| **Final Pretrial Conference.** | September 26, 2016 | October 24, 2016 |
| **Trial.** | October 11, 2016 | November 8, 2016 |

5.     The instant motion is filed in good faith and not for purposes of causing undue delay.

WHEREFORE, the Parties respectfully request this Court grant this Motion, and extend the remaining dates on the Scheduling Order by 28 days.

Dated:  November 16, 2015               Respectfully submitted by:

*Plaintiff Rose Coulter-Owens*          *Defendant Rodale Inc.*

*/s/ Ari J. Scharg*                     */s/ Natalie J. Spears*

Ari J. Scharg                           Natalie J. Spears
ascharg@edelson.com                     Anthony T. Eliseuson
Benjamin S. Thomassen                   Kristen C. Rodriguez
bthomassen@edelson.com                  DENTONS US LLP

- 3 -

James D. Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax:  312.589.6378

Henry M. Scharg – P28804
LAW OFFICE OF
HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335
hmsattyatlaw@aol.com

*Attorneys for Plaintiff*
*Rose Coulter-Owens*

233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312) 876-8000
(312) 876-7934 (fax)
natalie.spears@dentons.com
anthony.eliseuson@dentons.com
kristen.rodriguez@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
151 South Old Woodward Ave.
Suite 200
Birmingham, MI 48009
pkupelian@clarkhill.com
cschley@clarkhill.com

*Attorneys for Defendant*
*Rodale Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ Natalie J. Spears

85529246