UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE COULTER-OWENS,
individually, and on behalf of all others
similarly situated

       Plaintiff(s),       Case No. 14-12688

v.

RODALE, INC.,

       Defendant(s).
_____/

## ORDER GRANTING ATTORNEY GENERAL'S MOTION TO INTERVENE

The court has received a Motion to Intervene [Dkt #40] filed by the Attorney General of the State of Michigan pursuant to Fed.R.Civ.P. 5.1 and 28 U.S.C. 2403(b), and hereby GRANTS the motion.

IT IS SO ORDERED.

                            s/ Robert H. Cleland
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE

December 14, 2015

notice to: ALL COUNSEL OF RECORD

S:\Cleland\JUDGE'S DESK\C2 ORDERS\14-12688.RODALE.Order.Granting.Intervene.wpd

1