**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>  v.<br><br>RODALE INC., a Pennsylvania Corporation,<br><br>            Defendant. | Case No. 2:14-cv-12688<br><br>Honorable Robert H. Cleland |

Index of Exhibits

**1.   Class Action Settlement Agreement**
**2.   Declaration of Ari J. Scharg**
**3.   Proposed Order**