UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSE COULTER-OWENS, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>RODALE INC., a Pennsylvania Corporation,<br><br>     Defendant. | Case No. 2:14-cv-12688<br><br>Honorable Robert H. Cleland |

**UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* ENLARGED BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Rose Coulter-Owens ("Plaintiff"), by and through her counsel, hereby moves the Court for leave to file *instanter* an enlarged brief, not to exceed 32 pages, in support of her motion for preliminary approval of class action settlement. In support of this Motion, Plaintiff states as follows:

1. As set forth in Plaintiff's Unopposed Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement, the Parties have reached agreement on a class-wide settlement, which, if approved, will fully and finally resolve all claims against Defendant Rodale Inc. ("Defendant") related to the Michigan Video Rental Privacy Act. (Dkts. 69, 70.)

1

2. Plaintiff has made her greatest effort to keep her preliminary approval brief as succinct as possible. However, Plaintiff believes in good faith that the filing of a brief in excess of 25 pages is necessary to fully and effectively (i) set forth the material terms of the Parties' settlement agreement, (ii) demonstrate that the proposed settlement class warrants certification under Rule 23(b)(3) for settlement purposes, and (iii) demonstrate that the Parties' proposed settlement warrants preliminary approval. *See* E.D. Mich. LR 7.1(d)(3)(A). As such, Plaintiff's Motion and Memorandum is 32 pages in length, inclusive of signatures.

3. Plaintiff's counsel conferred with counsel for Defendant on December 23, 2015. Defendant does not oppose this motion and agrees to the relief requested herein.

WHEREAS, Plaintiff Rose Coulter-Owens respectfully requests that the Court enter an Order granting her leave to file *instanter* an enlarged brief, not to exceed 32 pages, in support of her Unopposed Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement.

Respectfully submitted,

Date: December 23, 2015    **Rose Coulter-Owens**, individually and on behalf of all others similarly situated,

By: /s/ Ari J. Scharg

One of Plaintiff's Attorneys

Ari J. Scharg

2

ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff Coulter-Owens and the putative class*