# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROSE COULTER-OWENS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>RODALE INC., a Pennsylvania Corporation,<br><br>                Defendant. | Case No. 2:14-cv-12688-RHC-RSW<br><br>Honorable Robert H. Cleland |

## INDEX OF EXHIBITS

**A – Settlement Agreement**

**B – Declaration of Ari J. Scharg**

**C – Declaration of Richard Bithell**