IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROSE COULTER-OWENS,
individually, and on behalf of all
others similarly situated,
    Plaintiff,

v.

RODALE, INC.
    Defendant.
_____/

Case No. 2:14-cv-12688
Hon. Robert H. Cleland

**JOINT MOTION AND
BRIEF IN SUPPORT**

Ari J. Scharg
Benjamin Scott Thomassen
Attorneys for Plaintiff
EDELSON P.C.
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654
(312) 589-6370
ascharg@edelson.com
bthomassen@edelson.com

Henry M. Scharg (P28804)
Attorney for Plaintiff
LAW OFFICE OF HENRY M. SCHARG
615 Griswold Street, Suite 710
Ford Building
Detroit, MI 48226
(248) 596-1111
hmsattyatlaw@aol.com

Natalie J. Spears
Anthony T. Eliseuson
Attorney for Defendant Rodale, Inc.
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
(312) 876-8000
natalie.spears@dentons.com
anthony.eliseuson@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51300)
Attorneys for Defendant Rodale, Inc.
CLARK HILL PLC
151 S. Old Woodward Avenue, Ste. 200
Birmingham, MI 48009
(248) 642-9692
pkupelian@clarkhill.com
cschley@clarkhill.com

_____/

## JOINT MOTION AND BRIEF IN SUPPORT FOR ORDER ALLOWING APPEARANCE OF COUNSEL AT FINAL SETTLEMENT APPROVAL HEARING WITHOUT PRESENCE OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 83.20(f)(2)

This matter is before this Honorable Court on the Joint Motion of Plaintiff Rose Coulter-Owens and Defendant Rodale Inc.

Counsel and parties agree and hereby so move that, if it meets with this Honorable Court's approval, counsel for both parties can appear at the September 7, 2016 final settlement approval hearing without the appearance of local counsel. LR 83.20(f)(2) provides that such attendance by local counsel can be excused by the Court on its own motion, or on motion or request of a party.

Due to the September 7, 2016 date, counsel request expedited determination on this joint motion.

WHEREFORE, the parties hereby request that counsel for both parties can appear at the September 7, 2016 final settlement approval hearing without appearance of local counsel.

/s/Benjamin Thomassen (w/consent)
Benjamin Scott Thomassen
Edelson P.C.
Attorney for Plaintiff
bthomassen@edelson.com

Date: 9/1/16

/s/Natalie J. Spears (w/consent)
Natalie J. Spears
Anthony T. Eliseuson
Attorneys for Defendant Rodale, Inc.
DENTONS US LLP
natalie.spears@dentons.com
anthony.eliseuson@dentons.com

Date: 9/1/16

/s/Henry M. Scharg (w/consent)
Henry M. Scharg (P28804)
Law Office of Henry M. Scharg
Attorney for Plaintiff
hmsattyatlaw@aol.com

Date: 9/1/16

/s/Peter B. Kupelian
Peter B. Kupelian (P31812)
Attorney for Defendant Rodale, Inc.
CLARK HILL PLC
pkupelian@clarkhill.com

Date: 9/1/16

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

s/Peter B. Kupelian (P31812)
Clark Hill, P.L.C.
151 S. Old Woodward Avenue, Suite 200
Birmingham, MI 48009
(248) 642-9692
pkupelian@clarkhill.com